FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-4704
_____

CHRISTOPHER REDD,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


April 30, 2018


PER CURIAM.

    The petition for belated appeal is denied on the merits.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Christopher Redd, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.